## Case Information

CC-21-03513-B | KOREN DAFFIN vs.FIESTA MART, LLC

| | | |
|---|---|---|
| **Case Number**<br>CC-21-03513-B | **Court**<br>County Court at Law No. 2 | **Judicial Officer**<br>BELLAN, MELISSA |
| **File Date**<br>08/25/2021 | **Case Type**<br>DAMAGES (NON COLLISION) | **Case Status**<br>OPEN |

## Party

**PLAINTIFF**
DAFFIN, KOREN

Address
1002 BRIAR HILL CIRCLE
DUNCANVILLE TX 75137

Active Attorneys ▼
Lead Attorney
WALKER, WILLIAM L, ESQ
Retained

---

**DEFENDANT**
FIESTA MART, LLC

Address
SERVE REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
WRIGHT, JEFF C
Retained

## Events and Hearings

08/25/2021 NEW CASE FILED (OCA)

08/25/2021 ORIGINAL PETITION

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

08/25/2021 ISSUE CITATION

ISSUE CITATION

Comment
ATTORNEY MAILBACK

08/25/2021 JURY TRIAL DEMAND

08/26/2021 CITATION (SERVICE)

Unserved

Anticipated Server
ATTORNEY

Anticipated Method

09/21/2021 RETURNED MAIL

RETURNED MAIL

Comment
ATTORNEY ADDRESS WAS NOT UPDATED. NOTIFIED JUDICIAL DISTRICT CLERK FOR UPDATE.

10/11/2021 ORIGINAL ANSWER

DEFENDANT S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

Comment
DEFENDANT S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

10/11/2021 JURY TRIAL DEMAND

03/04/2022 DISMISSAL HEARING

1ccl#2 Y Letter

Judicial Officer
BELLAN, MELISSA

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

DAFFIN, KOREN

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $328.00 |
| Total Payments and Credits | | | | $328.00 |
| 8/25/2021 | Transaction Assessment | | | $328.00 |
| 8/25/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-08740 | DAFFIN, KOREN | ($328.00) |

FIESTA MART, LLC

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $40.00 |
| Total Payments and Credits | | | | $40.00 |
| 10/11/2021 | Transaction Assessment | | | $40.00 |
| 10/11/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-10672 | FIESTA MART, LLC | ($40.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

CITATION 2012

ISSUE CITATION

RETURNED MAIL

1ccl#2 Y Letter

DEFENDANT S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE